UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT COURT

NO. 24-2658

VALERY WILLIAMS     VS.     PHILDELPHIA WATER DEPARTMENT




## AGRUMENT

Per the Fourteenth Amendment of the United States Constitution- Citizens must be afforded Due Process as it relates to Utility Services/Utility Companies. They must provide consumers fair Notice prior to Termination,

- A. I received Notice after Termination stating reason for Termination was Meter Non- Compliance- You Must Have A Functioning and Accessible Meter. I received this notice on 01/06/2023, I was not home, the water was shut off from the sidewalk and the notice stuck in my door.

I contacted the Philadelphia Water Dept and was told my water was shut off because they had tried to contact me and left a notice in my door, that I needed to make an appointment for an upgraded meter. I told him I never received any notice. He stated it must have blown away and before my water could be shut back on the meter must be replaced with a new upgraded meter.

- A. **State (Pa-PUC) governing SHUT-OFFS/ TERMINATIONS allows shut-off without notice when limited situations occur**
  1. Stealing Water Service
  2. Getting Water Service through Fraud
  3. Tampering with your Water meter
  4. Using a Bad Check to avoid Water Shut-off
- B. **Philadelphia Water Dept governing SHUT-OFFs/TERMINATIONS does not allow shut-offs without notice**
  1. Per **401.4 Illegal Conditions**- The City may suspend water service to any property with an illegal condition
  2. Per **401.6 Non-Compliant Conditions**, a. Missing meter, b. Tampering, c. Defective Meter, d. Illegal Condition Charge
  3. Per **401.8 Noncompliance,**
     a. Failure to comply with the requirements of this Regulation shall result in the Suspension of water services. Proper Notice of

suspension procedures shall be provided as specified in the Departments current Commercial and Residential Service regulations

C. **Customer Rights and Obligations 100.0 Residential Customers**
   1. Per 100.5 Notice of Shut-off – A Shut-Off Notice in English and Spanish will be **MAILED or DELIVERED to a Customer**

Before taking my case to the Federal Courts, I contacted every official from the Mayor's Office to the Senators Office and every agency in between. **Pa-PUC said they had no Jurisdiction over the Philadelphia water Dept**, the Mayor's Office stated **I had to let them in to replace my meter without notice or explanation because it was a City-wide project to change all meters, The Senators Office said it was not a Federal matter**, just to name a few. All correspondence relating to my case from the only three notices I received from PWD after my water was shut-off to everyone I contacted, copies are in my appeal file. The only Official Agency/Department that provided direction in correcting this injustice pertaining to my water service was the Commonwealth of Pennsylvania, OFFICE OF ATTORNEY GENERAL, Bureau of Consumer Protection. They referred me to different agencies, all of which I had contacted except one – **The Pennsylvania Municipal Authorities. I contacted them twice and never received a response.**

The Notices that I received from PWD stated different reasons for suspension of water services.

1st Notice dated **1/6/2023** stated Non-Compliance- meter not working properly and inaccessible. **Stuck in door after terminating water services.**

2nd Notice dated **1/12/2023** stated Meter Service Appointment Required, dated 6 days after PWD terminated my services. It further stated that service reps have tried to contact you previously and need to access the above property, to service the water meter or replace meter, or related components- radio device attached to the meter. **Failure to comply will result in suspension of water services. Please contact us to discuss scheduling options. This notice was mailed and received 8 days after my water had been terminated.**

3rd Notice dated 2/22/2023 same as Notice dated 1/06/2023. I heard someone outside on my sidewalk, I went out and confronted a PWD Contractor. He stated he was here to terminate my water services. I told him my water services had already been shut off. **He then gave me another shut-off notice and left.**

**When my water was finally turned back on, the meter was not replaced or serviced. A battery was placed on top and what it does I don't know, then my water was turned on the way it was turned off from my sidewalk.** I have requested this information regarding the battery and have not received it.

In closing DPW did not comply with Federal Law, the Fourteenth Amendment per procedures relating to Utility Companies/Services. **Notice was not provided; therefore, I did not receive due process of Law.** There was no compliance with State and Local Regulations governing and relating to Utility Companies/Services, No Notice was given prior to Shut-Off per Local and State Regulation 100.5, **A shut-Off Notice will be mailed or delivered to a Customer before Suspension of Services.** Per all notices that PWD sent to me and stated to agency's contacting them on my behalf was that an UPGRADED METER was to be Installed, and the current meter removed.

   A. The reason I was told was the **UP-GRADED Meter would allow me to view my usage online.** The Mayor's Office stated that the reason **was to replace old meters for upgraded new meters and that it was a City-Wide mandate.** The newspaper Article by Lizzy McLellan Ravitch dated 6/13/2022 quotes PWD spokesperson Brian Rademaekers **"Eliminating the undercharging issue is the main goal of the Meter Upgrade Program"** and that it is the Customers fault for not contacting PWD, when they receive an Estimate on their monthly Bill, generated by PWD which results over long periods of time, causing the Customer to be liable for huge undercharging rates, **that PWD initially knew about, but kept generating estimate bills without notifying the Customer.** During a PWD Council Budget Hearing, **a Council member brought up the issue of water suspensions happening to customers that for various reason did not make an appointment to have their water**

**meter replaced**, some like me had never received an initial notice of change or Suspension of water services. In testimony to this concern, Deputy Water Commissioner Donna Schwartz responded, " **If you did not respond whatsoever to any of the mailings or any of our attempts to contact you, then YES, we did Shut your water off**". Her response plainly states that PWD violated Federal, State, and Local Law, Procedures and Policy pertaining to water Suspensions. **Philadelphia Water Dept Regs governing SHUT-OFFs/TERMINATIONS does not allow shut-offs without notice per 401.4,401.6,401.8 and 100.5 Proper Notice must be mailed or given to customer.**

**My water services was Suspended without prior notice**

Thank you for your time and consideration,

Valery Williams


RECEIVED
OCT 1 5 2024
U.S.C.A. 3rd. CIR

# PROOF OF SERVICE

I certify that on 10/15/2023 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

Jennifer Macnaughton
City of Phila Law Department
1515 Arch St, 17th Flr
Phila PA 19102

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on _____ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: _____

*Rev. 06/2018*